**Reversed and Remanded and Memorandum Opinion filed February 23, 2012.**



**In The**

# Fourteenth Court of Appeals

_____

## NO. 14-12-00024-CV

_____

**JOHN J. PRESTON AND MONICA S. PRESTON, Appellants**

**V.**

**MICHAEL A. INGLIS AND ALLEN GREGORY ALPER, Appellees**

**On Appeal from the 122nd District Court**
**Galveston County, Texas**
**Trial Court Cause No. 10CV2676**

## MEMORANDUM OPINION

This is an appeal from a judgment signed September 23, 2012.

On February 9, 2012, appellants filed an unopposed motion to reverse the judgment and remand the cause to the trial court for rendition of judgment in accordance with the parties' settlement agreement. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, we reverse the judgment signed September 23, 2012, and we remand the cause to the trial court for rendition of judgment in accordance with the parties' agreement.

PER CURIAM

Panel consists of Justices Seymore, Brown, and Boyce.